IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | |
| RICHARD D. PASCHALL, ) | Chapter 7 |
| ) | Case No. 07-32048 |
| Debtor. ) | |
| ) | Adv. Proc. No. 08-03049 |
| ) | |
| ) | |
| DEBORAH J. PRUNTY and THE ) | |
| DEBORAH J. PRUNTY LIVING TRUST, ) | |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | Civil Action No. 3:09CV220-HEH |
| ) | |
| ROY M. TERRY, TRUSTEE, ) | |
| ) | |
| Appellee. ) | |

## ORDER
(Affirming Order of the Bankruptcy Court and Remanding for further Proceedings)

THIS MATTER is before the Court on appeal from an Order of the United States Bankruptcy Court for the Eastern District of Virginia ("Bankruptcy Court"). For the reasons stated in the accompanying Memorandum Opinion, the Order of the Bankruptcy Court is AFFIRMED, and the case is REMANDED to the Bankruptcy Court for further proceedings.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is SO ORDERED.

                                                              /s/

                                          Henry E. Hudson
                                          United States District Judge

Date: Jun. 1, 2009
Richmond, VA